
1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   (559) 497-4000  Telephone
5  (559) 497-4099  Facsimile

6  Attorneys for the United States



FILED
JUL 02 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $15,900.00 IN U.S. CURRENCY,<br><br>Defendant. | CASE NO. 1:18 MC 0 0 0 3 4  DAD<br><br>**UNDER SEAL**<br><br>**EX PARTE APPLICATION AND ORDER SEALING MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

The United States hereby applies to this Court for an order permitting it to file the Ex Parte Motion to Extend Time to File Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture under seal until further order of the Court. In addition, the United States applies for all other documents, including this Application and corresponding Proposed Order to likewise be filed under seal.

### ANALYSIS

Courts have authorized the filing of civil forfeiture documents under seal, to prevent disclosure of an ongoing criminal investigation and to avoid jeopardizing an ongoing criminal investigation. United States v. Real Property ... 4816 Chaffey Lane, 2010 WL 147211, *3-4 (E.D. Ky. Jan. 8, 2010); United States v. Contents of Nationwide Life Ins. Co. Account, 2006 WL 971978, *3-6 (S.D. Ohio 2006); United States v. Leasehold Interest in Property Known as 900 East 40th Street, 740 F. Supp. 540, 541-42 (N.D. Ill. 1990).

///

In its motion, the government identifies Daniel Rodriguez who is the target of an ongoing federal investigation for his involvement in illegal methamphetamine purchases, distribution, and identity theft. The United States believes that filing a civil forfeiture action against the seized currency would create a substantial likelihood of an adverse result, including endangering witnesses or other individuals, causing Rodriguez or other related suspects to flee, tampering with or destroying evidence, subjecting potential witnesses to intimidation, and placing the investigation in jeopardy.

## CONCLUSION

To avoid compromising the ongoing investigation, the Government requests that the Court order the government's Ex Parte Motion to Extend time to File Complaint for Forfeiture and/or to Obtain an Indictment Alleging forfeiture and Order, this Application and its Order sealed until further order of the Court.

Respectfully submitted,

Dated: June 29, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

## SEALING ORDER

The United States having moved to seal the Ex Parte Motion to Extend Time to File Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture and Order, pending the completion of the criminal investigation and case, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the ex parte motion and all related documents are to be placed under seal until further notice.

Dated this 2nd day of July, 2018.

~~LAWRENCE J. O'NEILL~~ DALE A. Drz
~~CHIEF~~ UNITED STATES DISTRICT JUDGE