1 | McGREGOR W. SCOTT
United States Attorney
2 | ERIN M. SALES
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |

6 | Attorneys for Plaintiff
United States of America
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

UNITED STATES OF AMERICA,

11 |                                                 CASE NO. 1:18-MC-00034-DAD

Plaintiff,

12 |

v.

13 |                                                 **EX PARTE MOTION TO UNSEAL CASE AND
TO EXTEND TIME TO FILE COMPLAINT
FOR FORFEITURE AND/OR TO OBTAIN
INDICTMENT ALLEGING FORFEITURE;
ORDER**

APPROXIMATELY $15,900.00 IN U.S.

14 | CURRENCY,

15 | Defendant.

16 |

17 |     The United States, by and through its undersigned counsel, hereby respectfully requests that this

18 | case be unsealed and moves, for good cause, for a thirty-day extension of time to file a complaint for

19 | forfeiture and/or to obtain an indictment alleging forfeiture pursuant to 18 U.S.C. § 983(a)(3)(A).

20 | **BACKGROUND**

21 |     On February 14, 2018, agents with Homeland Security Criminal Investigations (HSI) together

22 | with detectives from the Fresno Police Department Major Narcotics Unit (FPD), executed a search

23 | warrant at 4011 E. Buckingham Way, Fresno, California ("E. Buckingham Way") on account of the

24 | suspected drug trafficking activities of Andrew Rodriguez.[1]

25 |     During the search of E. Buckingham Way, agents located a total of approximately $22,000.00 in

26 | ───────────────

27 |     [1] The United States' ex parte motion to extend time to file a complaint for forfeiture and/or to obtain an
indictment alleging forfeiture filed on June 29, 2018, erroneously noted that the search warrant was issued as a
result of a related investigation into the suspected drug trafficking activities of Daniel Andrew Rodriguez, when in

28 | fact the investigation was based on his brother, Andrew Rodriguez.

Ex Parte Motion to Unseal Case and to Extend Time to
File Complaint for Forfeiture and/or to Obtain
Indictment Alleging Forfeiture; [Proposed] Order

U.S. Currency in various denominations and multiple cell phones, including one with a pay/owe sheet on it. Approximately $15,900.00 was located in Daniel Rodriguez's bedroom, with a portion of the amount found inside a backpack and the remaining portion found inside a box.

Daniel Rodriguez told law enforcement that approximately $4,000.00 of the money located in his bedroom was his money, but that he did not know to whom the rest of the money belonged. Andrew Rodriguez told law enforcement that that some of the money seized from E. Buckingham Way was his brother's and cousin's money and that some of the money was his proceeds from prior drug transactions that he was going to use to pay off a drug debt.

HSI seized the currency located at E. Buckingham Way and subsequently sent written notice of intent to forfeit as required by § 983(a)(1)(A).

On or about April 12, 2018, Daniel Rodriguez filed a claim with HSI challenging the forfeiture of the approximately $15,900.00 in U.S. Currency (hereinafter "Subject Currency"). The time for any person to file a claim to the property under § 983(a)(2)(A)–(C) has expired. Daniel Rodriguez was the sole claimant who filed an administrative claim to the Subject Currency.

The United States' original deadline to initiate civil forfeiture proceedings against the Defendant Currency was July 11, 2018.[2] On June 29, 2018, however, the United States filed an ex parte motion to extend the time to file a complaint for forfeiture and/or to obtain an indictment to September 28, 2018, and moved to seal the ex parte motion to extend the time. The Court granted the United States' ex parte motion on July 2, 2018, thereby extending the deadline to September 28, 2018, and placing the ex parte motion and all related documents under seal until further notice.

The United States respectfully requests that this case be unsealed and that the Court further extend the deadline to file a complaint for forfeiture for a period of thirty days.

**ANALYSIS**

---

[2] The United States' ex parte motion to extend time to file a complaint for forfeiture and/or to obtain an indictment alleging forfeiture filed on June 29, 2018, incorrectly stated that the deadline to initiate civil forfeiture proceedings was June 30, 2018. This error appears to have been due to a miscalculation of the 90-day period from the date upon which the claim was filed. The undersigned has confirmed with HSI that Daniel Rodriguez's claim was received on April 12, 2018. The original deadline to initiate civil forfeiture proceedings and/or to obtain an indictment alleging forfeiture was therefore July 11, 2018. Although the June 30, 2018 deadline was within the original 90-day CAFRA period, the undersigned apologizes to the Court for the inadvertent miscalculation.

Ex Parte Motion to Unseal Case and to Extend Time to File Complaint for Forfeiture and/or to Obtain Indictment Alleging Forfeiture; [Proposed] Order

1  Section 983(a)(3)(A) provides:

2  [n]ot later than 90 days after a claim has been filed, the Government shall file a complaint
   for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and
3  Maritime Claims or return the property pending the filing of a complaint, *except that a*
   *court in the district in which the complaint will be filed may extend the period for filing a*
4  *complaint for good cause shown or upon agreement of the parties.*

5  (Emphasis added). The government may move *ex parte* for an order extending the deadline to file a civil

6  complaint or return an indictment alleging forfeiture. *United States v. Real Property Located at 475*

7  *Martin Lane, Beverly Hills, CA*, 545 F.3d 1134, 1141–44 (9th Cir. 2008).

8       Pursuant to the Court's order dated July 2, 2018, the United States must file a complaint for

9  forfeiture against the Subject Currency or obtain an indictment alleging forfeiture no later than

10 September 28, 2018. If the United States fails to do so, it is required to release the Subject Currency and

11 may not take any further action to effect the civil forfeiture of the Subject Currency.

12      It is the United States' belief that the seal in this case is no longer necessary. The United States

13 and the potential claimants are working toward a stipulation for consent judgment in this matter. The

14 undersigned has conferred with the sole claimant who filed an administrative claim, Daniel Rodriguez,

15 who confirmed that he has no objection to a thirty-day extension of time to initiate civil forfeiture

16 proceedings. The United States therefore seeks, for good cause, a thirty-day extension of time to file a

17 complaint for forfeiture against the Subject Currency. At such time that the extension should expire, the

18 United States will have resolved this matter with any potential claimants and/or will have brought an

19 action for forfeiture against the Subject Currency.

20 **CONCLUSION**

21      For the foregoing reasons, the United States respectfully requests that this case be unsealed and

22 that the Court further extend the period in which the United States is required to file a complaint against

23 the Subject Currency and/or to obtain an indictment alleging that the Subject Currency is subject to

24 forfeiture for a period of thirty days.

25 Dated:  September 27, 2018            McGREGOR W. SCOTT
                               United States Attorney
26

27                  By:    /s/ Erin M. Sales
                           ERIN M. SALES
28                         Assistant United States Attorney

Ex Parte Motion to Unseal Case and to Extend Time to
File Complaint for Forfeiture and/or to Obtain
Indictment Alleging Forfeiture; [Proposed] Order

**ORDER**

The Court finds the United States has shown good cause for such an extension. The United

States also represents that the seal in this case is no longer necessary.

Accordingly, it is:

**ORDERED**, that this case be unsealed and that the date by which the United States is required to

file a complaint for forfeiture against the property and/or obtain and indictment alleging that the

property is subject to forfeiture is extended to October 29, 2018.

IT IS SO ORDERED.

Dated:    **September 27, 2018**    _____

UNITED STATES DISTRICT JUDGE

Ex Parte Motion to Unseal Case and to Extend Time to
File Complaint for Forfeiture and/or to Obtain
Indictment Alleging Forfeiture; [Proposed] Order